Albert J. Solecki, Jr. (AS-0545)
Daniel J. Doron (DD-6062)
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
Tel. (212) 813-8800
Fax (212) 355-3333
asolecki@goodwinprocter.com
ddoron@goodwinprocter.com
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA LORENZ,<br><br>                    Plaintiff,<br><br>          - against -<br><br>MPHASIS CORPORATION,<br><br>                    Defendant. | Case No.: 1:12-cv-00381 (PKC)<br>ECF Case |

### NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Daniel J. Doron, of Goodwin Procter LLP, enters his appearance in the above-captioned matter as counsel for Defendant MphasiS Corporation, and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Respectfully submitted,

Dated: February 24, 2012

/s/ Daniel J. Doron            .
Daniel J. Doron (DD-6062)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
Tel. (212) 813-8800
Fax (212) 355-3333
ddoron@goodwinprocter.com
*Counsel for Defendant MphasiS Corporation*

LIBNY/5182063.1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of February, 2012, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of New York, using the electronic case files system of the court.  The electronic case files system sends a "Notice of Electronic Filing" to Plaintiff's counsel of record, Robert Ottinger and Ariel Graff of The Ottinger Firm, P.C., who has consented to accept this Notice as service of this document by electronic means.

                                                /s/ Daniel J. Doron
                                                  Daniel J. Doron (DD-6062)

LIBNY/5182063.1